# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 16-CR-0064

RONALD H. VAN DEN HEUVEL,

    Defendant.

## ORDER DENYING MOTION TO ADJOURN

Defendant Ronald H. VanDenHeuvel has moved to adjourn his sentencing in the above matter. The case was commenced on April 19, 2016, and VanDenHeuvel entered his guilty plea to a single count of conspiracy to defraud Horicon Bank on October 10, 2017. The sentencing was set for January 5, 2018, and VanDenHeuvel now seeks an adjournment "for a relatively short period of time after January 5, 2018." The only reason given for the request is that "there are matters which are currently being reviewed by the defendant which may have impact on the disposition of this matter." ECF No. 165.

Both the reason for and the length of the adjournment requested are too indefinite for the motion to be granted. If the defendant is in need of additional time to prepare for sentencing, he should explain to the court how much time he needs and why. A vague reference to "matters that may have an impact on the disposition of this matter" are simply insufficient for the court to determine whether or not an adjournment is warranted.

Accordingly, the motion is denied. The denial, however, is without prejudice. In the event that the defendant renews the motion, he should indicate specifically why he needs additional time and how much time he needs.

**SO ORDERED** this   28th   day of December, 2017.

s/ William C. Griesbach  
William C. Griesbach, Chief Judge  
United States District Court